# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| PHARMERICA, INC. | § | |
| | § | |
| v. | § | Case No. 4:99-CV-242 |
| | § | Judge Schneider/Judge Mazzant |
| | § | |
| DSJ HEALTHCARE, INC., | § | |
| THE WILLIAMSBURG CARE CO., L.P., | § | |
| THE FREDERICKSBURG CARE CO., L.P., | § | |
| and DLEN, INC. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 22, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants DSJ Healthcare, Inc., the Williamsburg Care Co., LP, the Fredericksburg Care Co., LP, and DLEN, Inc.'s Special Appearance and Motion for Relief From Default Judgment should be denied.

The Court, having made a *de novo* review of the objections raised by Defendants, as well as Plaintiff's response to Defendants' objections, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED** that Defendants DSJ Healthcare, Inc., the Williamsburg Care Co., LP, the Fredericksburg Care Co., LP, and DLEN, Inc.'s Special Appearance and Motion for Relief From Default Judgment (Dkt. #14) is **DENIED**.

**It is SO ORDERED.**

**SIGNED this 1st day of December, 2010.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE